GO11-17(a)/tw      /59A

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  Jeremy F Fairchild and Ashley M Fairchild          CASE NO:    4:19-bk-16629 J
Chapter 13

CHAPTER 13 ORDER TO MODIFY PLAN
AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [18], filed on 01/27/2020 by the Trustee.  The Objection was set for hearing on 05/19/2020.  Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The debtors are hereby granted 21  days from the date of this Order to file a modification to the plan and to provide documentation, proof of filing of all required income tax returns and amended Schedules B and D, regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

/s/  Phyllis M. Jones

Phyllis M. Jones
U.S. Bankruptcy Judge

Date:   May 19, 2020

cc:  Mark T. McCarty, Trustee

Brian C Wilson     (Noticed by ECF)
P O Box 3098
Little Rock, AR  72203

Jeremy F Fairchild and Ashley M Fairchild
4213 W. Justice Rd.
Cabot, AR  72023