GO11-17(a)/ BS   /59A

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  Jeremy F Fairchild and Ashley M Fairchild              CASE NO:   4:19-bk-16629 J
                                                                                              Chapter 13

CHAPTER 13 ORDER TO MODIFY PLAN
AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [42], filed on 09/08/2020 by the Trustee. The Objection was set for hearing on 10/20/2020. Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The debtors are hereby granted 21 days from the date of this Order to file a modification to the plan and to provide documentation regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

/s/ Phyllis M. Jones
Phyllis M. Jones
U.S. Bankruptcy Judge

Date:  October 20, 2020

cc:  Mark T. McCarty, Trustee

   Brian C Wilson     (Noticed by ECF)
   P O Box 3098
   Little Rock, AR  72203

   Jeremy F Fairchild and Ashley M Fairchild
   P O Box 6692
   North Little Rock, AR  72124-6692