GO11 - 3(c)/ / BS   /60

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:   Jeremy F Fairchild and Ashley M Fairchild           CASE NO:   4:19-bk-16629 J
                                                                                             Chapter 13

## CHAPTER 13 ORDER WITHDRAWING
## TRUSTEE'S MOTION TO DISMISS UPON CONDITIONS

Before the court is the Motion to Dismiss, Docket Entry [50], filed by the Trustee on 11/13/2020. The motion was set for hearing on 12/22/2020. Prior to the hearing, the motion was settled, and a hearing was not necessary. The court finds that the Trustee has agreed to withdraw the motion conditioned upon:

The Debtors shall file a modification to the plan on or before January 12, 2021.

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the debtors complying with the above provision(s). If the debtors fail to comply with the provision(s), the Trustee's Motion to Dismiss shall be granted and the case dismissed without further notice or hearing.

Date:  12/22/2020                                                    /s/   Phyllis M. Jones

                                                                           Phyllis M. Jones
                                                                           U.S. Bankruptcy Judge

cc:   Mark T. McCarty, Trustee

      Brian C Wilson      (Noticed by ECF)
      P O Box 3098
      Little Rock, AR  72203

      Jeremy F Fairchild and Ashley M Fairchild
      P O Box 6692
      North Little Rock, AR  72124-6692