SK /304A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: JEREMY F FAIRCHILD and ASHLEY M FAIRCHILD     Case No: 4:19-bk-16629 J

OBJECTION TO CONFIRMATION OF PLAN
AS AMENDED PRE-CONFIRMATION ON 12/30/2020

    Comes now Mark T. McCarty, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **Debtors' amended Schedule B fails to include a 5th bank account with an account number ending in 2699 which held a balance of approximately $2,978 at filing. Until Schedule B is amended to include this account and an amended Schedule C is filed to update Debtors' exemptions, the Trustee is unable to determine a best interest requirement for the case.**

    Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

    PREMISES CONSIDERED, Mark T. McCarty, Standing Chapter 13 Trustee prays:
1. That the Court set this objection for a hearing.
2. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 1/19/2021

/s/ Mark T. McCarty
CHAPTER 13 TRUSTEE

cc:    Jeremy F Fairchild and
       Ashley M Fairchild
    P O Box 6692
    North Little Rock, AR  72124-6692

    Brian C Wilson   (Noticed by ECF)
    P O Box 3098
    Little Rock, AR  72203